# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,    ) <br> ) <br> vs.                        ) <br> ) <br> RAYMOND SAENZ,                       ) <br> ) <br> Defendant.    ) <br> ) | 4:01CR3047 <br><br> DETENTION ORDER <br><br> PETITION FOR <br> ACTION ON CONDITIONS <br> OF <br> SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

December 7, 2010.

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge